Haxu, Judge,
 

 delivered the opinion of the Court:
 

 The question is whether two judgments rendered by a Justice of the Peace really liad that character at tin-time thus action was commenced. Tliclaw gives to every person the right of appealing from the judgment of a tain in their possession the negro which they liad taken,
 
 *228
 
 Justice, upon praying it and giving security. This wap done in the case of these two judgments, and from that moment, they ceased to be judgments. Alter an appeal |¡)e case goes
 
 t0
 
 |;iie c0Unty Court, where there is
 
 a,
 
 new trial and a new judgment given
 
 ;
 
 and it is the duty of the Justice to transmit it to the County Court for that purpose. The laws feited of suits brought on judgments, after writs of error obtained, tip not apply. The casein too plain for a doubt. The rule for setting aside the nonsuit must be discharged.